IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-2242-WJM-KLM

LAURA PROPERNICK,

    Plaintiff,

v.

DOUGLAS COUNTY SCHOOL DISTRICT
No. RE-1 and its Board of Education,
BRIAN CESARE,
KRISTINE GARRETT,

    Defendants.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| s/Richard Rosenblatt | s/Courtney B. Kramer |
| Richard Rosenblatt | Courtney B. Kramer |
| Joseph M. Goldhammer | Eric M. Ziporin |
| ROSENBLATT & GOSCH PLLC | SENTER GOLDFARB & RICE LLC |
| 8085 E Prentice Avenue | 3900 e Mexico Ave., Ste 700 |
| Greenwood Village, CO 80111 | Denver, CO 80210 |
| Telephone: 303-721-7399 | Telephone: 303-320-0509 |
| Email: richard@rosenblattgosch.com | Email: ckramer@sgrllc.com |
| Email: joe@rosenblattgosch.com | Email: eziporin@sgrllc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED**

Dated: _February 11, 2016_

_____
Hon. Kristen L. Mix
United States Magistrate Judge